denied, with ten dollars costs. Motion for stay granted upon plaintiff's filing undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

EVA HEYMAN v. PAUL VIANE, Impleaded with JAMES E. SQUIRES and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

MALCOLM C. ROSE v. MARY DUNNING ROSE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

PAULINE LEVIN, as Administratrix, etc., v. RUDOLPH LEVIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SEYMOUR MORK, on Behalf of Himself, etc., v. JOSEPH P. RYAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. FORSHAW and Another v. LOUIS LEAVITT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GASTON & COMPANY, INC., v. ALFRED STORCH, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALADDIN SECURITIES CORPORATION v. RYER OPERATING Co., INC., Impleaded with CLEMENTE LISCIO and Another, and JAS. H. MARTIN, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY HART v. NORTHERN UNION GAS COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SARAH HART v. NORTHERN UNION GAS COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

In the Matter of NELL ROACH HANNAN against TEACHERS' RETIREMENT BOARD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL J. MURPHY v. M-W. BRADERMAN Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALADDIN SECURITIES CORPORATION v. RYER OPERATING Co., INC., Impleaded with CLEMENTE LISCIO and Another, and JAS. H. MARTIN, INC.— Motion granted so far as indicated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER W. MOYER and Others v. AMERICAN SAFETY TABLE Co., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MIKE TURDO against UNITED CEMENT AND CONCRETE WORKERS UNION, INC., and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of MYLES REALTY COMPANY against VINCENT VERRATTI, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.